GEORGE J. ROSENTHAL, TRUSTEE, AND VAN C. SWEARINGEN, AND ALL OTHER PERSONS FOR WHOM GEORGE J. ROSENTHAL IS ACTING AS TRUSTEE, IF LIVING, BUT IF DEAD ALL PERSONS CLAIMING AS HEIRS, DEVISEES, LEGATEES OR OTHERWISE ANY INTEREST IN AND TO THE FOLLOWING DESCRIBED LANDS, ET CETERA, *Appellants,* v. J. T. MILLER, *Appellee.*

Division B.

Decision Filed July 20, 1927.

*Louis Heiman,* for Appellants;

*Wilson & Boswell,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and arguments of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.